UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 08-10168-GAO

BRITTA L. HYLLENGREN,
Plaintiff,

v.

JILL S. HUNTER a/k/a PILAR NUNEZ,
Defendant.

TEMPORARY RESTRAINING ORDER
February 7, 2008

O'TOOLE, D.J.

Upon consideration of the plaintiff's motion, and having found good cause shown, the Court now enters the following Temporary Restraining Order:

1. The Defendant, her agents, contractors, and associates are prohibited from assaulting, threatening, harassing, intimidating or coercing the Plaintiff, her family, fiancé, or co-workers.

2. The Defendant, her agents, contractors, and associates are prohibited from causing or attempting to cause damage to the property of the Plaintiff, her family, fiancé, or co-workers.

3. The Defendant, her agents, contractors, and associates are prohibited from speaking to, telephoning, writing or in any other way communicating, in person or otherwise, directly or indirectly with the Plaintiff, her family, fiancé, or co-workers.

4. The Defendant, her agents, contractors, and associates are prohibited from knowingly approaching within 300 feet of the Plaintiff, or within 300 feet of the Plaintiff's residence at 396 Beacon Street, Boston, Massachusetts 02116, or places of business at One International Place, Boston, Massachusetts 02110.

5. The Defendant, her agents, contractors, and associates are prohibited from tortiously obtaining, maintaining, or reviewing personal information regarding Britta L. Hyllengren, her family, fiancé, or co-workers including, but not limited to, cellular telephone records, telephone records, credit or credit card information and/or any other information not otherwise a matter of public information.

6. The Defendant, her agents, contractors, and associates, web hosts, web sites, providers of interactive computer services, internet service providers and administrators, including but not limited to Digimarc Corporation, Technorati, WhatwontPilartell.com, reddit.com, Wired.com, CondenetInc., Youtube LLC d/b/a Youtube.com are prohibited from publishing, maintaining, commenting, hosting, uploading, "blogging," producing or commenting about Hyllengren her family, fiancé, co-workers, or law firm.

7. The Defendant, her agents, contractors, and associates, web hosts, web sites, providers of interactive computer services, internet service providers and administrators, including but not limited to Digimarc Corporation, Technorati,

WhatwontPilartell.com, reddit.com, Wired.com, CondenetInc., Youtube LLC d/b/a Youtube.com are hereby ordered to forthwith remove any blogs, websites, WebPages, "links," videos, or data which in any way refer, relate to or comment upon Hyllengren, her family, fiancé, or co-workers or law firm.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge