UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2008 APR -7  P 12 53

BRITTA L. HYLLENGREN,                )
                                     )
                    Plaintiff,       )
                                     )
          v.                         )     CIVIL ACTION
                                     )     NO. 08-10168-GAO
JILL S. HUNTER A/K/A PILAR NUNEX,    )
                                     )
                    Defendant.       )
                                     )

### (PROPOSED) REPLY BRIEF OF ADVANCE MAGAZINE PUBLISHERS INC. IN SUPPORT OF MOTION TO VACATE PARAGRAPHS 6 AND 7 OF TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, IN OPPOSITION TO EXTENSION OF TEMPORARY RESTRAINING ORDER

Advance Magazine Publishers Inc. ("AMPI") respectfully submits this Reply Brief to Plaintiff's Opposition to AMPI's Motion to Vacate Paragraphs 6 and 7 of the ex parte Temporary Restraining Order entered by the Court on February 7, 2008 (the "Order").

### 1.    The Order is a Prior Restraint.

Plaintiff mistakenly argues that the Order is not a prohibited prior restraint because AMPI's Reddit.com web site is a "passive forum" that relies on others for the content provided to its users. Plaintiff's Opp. at 3-5. If this argument were correct, then bookstores, book distributors, theatres and newsracks -- each equally a "passive forum" -- would be readily subject to prior restraints. The First Amendment prohibits that result. See, e.g., Vance v. Universal Amusement Co., 445 U.S. 308, 309, 316 (1980) (striking down nuisance statute as unconstitutional prior restraint against movie theatre); Bantam Books, Inc. v. Sullivan, 372 U.S. 58, 70 (1963) (striking down prior restraint imposed on wholesale book distributor and book publishers); Southeastern Promotions, Ltd. v. Conrad, 420 U.S. 546, 552 (1975) (denial of use of the municipal facilities for the production constituted a prior restraint); City of Lakewood v. Plain Dealer Pub. Co., 486 U.S. 750, 757 (1988) (statute granting mayor unbridled discretion whether to permit newsracks was unconstitutional prior restraint). For those same reasons, an

order prohibiting a web site such as Reddit.com from disseminating information to the public by offering links to news articles and other online content is a prior restraint. See Affidavit of Sarah Chubb Sauvayre, ¶ 2 ("Sauvayre Aff."). See generally Center For Democracy & Technology v. Pappert, 337 F.Supp.2d 606, 656 (E.D.Pa.2004) (statute requiring Internet service providers to block Internet websites displaying child pornography was an administrative prior restraint of protected speech barred by First Amendment).

Plaintiff also argues that because the Communications and Decency Act ("CDA") prohibits Reddit.com from being treated as a "publisher or speaker of any information provided by another information content provider" for liability purposes, Reddit.com must not be a "publisher" entitled to the First Amendment's protections against prior restraints. Plaintiff's Opp. at 3-4, citing 47 U.S.C. § 230(c)(1). As explained in AMPI's initial filing, however, the CDA was enacted by Congress to promote the free exchange of information and ideas over the Internet. See AMPI's Memorandum of Law at 9-12. See also Universal Comm'n Sys., Inc. v. Lycos, Inc., 478 F.3d 413, 418 (1st Cir. 2007) (recognizing "Congress's 'policy choice ... not to deter harmful online speech through the ... route of imposing tort liability on companies that serve as intermediaries for other parties' potentially injurious messages.'"), quoting, Zeran v. Am. Online, Inc., 129 F.3d 327, 330-31 (4th Cir.1997). Nothing in the statute purports to limit the protections afforded by the First Amendment against prior restraints, nor could Congress accomplish such a result through legislation.[1]

---

[1] Plaintiff miscites In re Application of Dow Jones & Company, Inc., 842 F.2d 603 (2d Cir. 1988) for the proposition that a recipient of information "cannot challenge [a] prior restraint if the 'restrained' person is not challenging it herself." Plaintiff's Opp. at 4. The Dow Jones Court held that the press had standing to challenge an order prohibiting trial counsel from speaking about a case even if neither the prosecution nor defense counsel had appealed the order. 842 F.2d at 607. In all events, in this case Reddit.com is expressly subject to the Court's Order and therefore has standing to challenge the Order's constitutionality.

In sum, it is only because Reddit.com disseminates information that plaintiff sought to enjoin its conduct.   Because the Order enjoins speech activities, it is a content-based, unconstitutional prior restraint.

### 2.   Plaintiff Has Failed to Demonstrate the Risk of Harm if the Order is Vacated as to Reddit.com.

Besides failing to counter the case law cited by AMPI establishing that privacy interests are an insufficient basis for issuing a prior restraint against speech (see AMPI Mem. at 5-7), plaintiff offers no evidence to support the claim that her fear of harm from the defendant is attributable to the conduct of Reddit.com.   There is no suggestion that Reddit.com was (a) responsible for plaintiff being "harassed at work by a disruptive 'Elvis impersonator," or (b) "had her family's email accounts usurped and controlled," or (c) "had her cell phone bills re-routed to the Defendant."   Plaintiff's Opp. at 1.   Nor is there any evidence -- or even an express allegation -- that Reddit.com violated the Massachusetts anti-stalking statute, privacy statute or civil rights act.   Plaintiff's Opp. at 7-8.   Plaintiff's complaint is with the defendant, not Reddit.com, and does not warrant the extraordinary remedy of a prior restraint against a non-party's constitutionally protected speech.

### 3.   The Order Is Not Narrowly Tailored.

Plaintiff ignores the broad scope of the ex parte relief it sought from the Court when it attempts to describe the Order as narrowly tailored.   Plaintiff's Opp. at 5-6.   Her argument that the Order "merely attempts to prevent the Movant's publication of Hyllengren's name and 'keywords' bearing her name," and that "[t]here is no other prohibition on content assuming Hyllengren's name is eliminated" is flatly incorrect.   The Order prohibits the dissemination of any information -- no matter how innocuous or newsworthy -- concerning the plaintiff, any members of her family, her fiancé, or any of her co-workers.   See Order ¶ ¶ 6-7.   Plaintiff's further claim that "[o]bviously, if the Movant wanted to publish a story solely about Hyllengren's law firm, there would be no prohibition," flies in the face of the language proposed by plaintiff and incorporated into the Order prohibiting Reddit.com from publishing or

- 3 -

commenting "about Hyllengren, her family, fiancé, co-workers or law firm" and requiring Reddit.com to remove any data "which in any way refer, relate to or comment upon Hyllengren, her family, fiancé, or co-workers or law firm." Id. (emphasis added); Plaintiff's Opp. at 5-6. Publication of any information concerning these topics, not matter how unrelated to the subject matter of this lawsuit and no matter how newsworthy, would require prior approval of the Court upon the pain of contempt. The scope of the Order thus far exceeds its intended purpose. See generally In re Providence Journal Co., 820 F.2d 1342, 1351 (1st Cir. 1986) (movant must show "not only that publication will result in damage to a near sacred right, but also that the prior restraint will be effective and that no less extreme measures are available").

### 4.   The CDA's Immunity Applies to Those with Notice of Unlawful Postings.

Plaintiff incorrectly argues that "Congress' intent to hold those web hosts liable who have knowledge of the postings is clear in the CDA." Plaintiff's Opp. at 9-10. The only authority cited by plaintiff is a case which, as plaintiff acknowledges, was reversed by the California Supreme Court. See Barrett v. Rosenthal, 9 Cal. Rptr.3d 142 (2003), rev'd, 40 Cal.4th 33, 51 Cal.Rptr.3d 55 (2006). Moreover, as the First Circuit Court of Appeals has held, "Section 230 immunity applies even after notice of the potentially unlawful nature of the third-party content." Universal, 478 F.3d at 420. As explained in AMPI's initial submission, the CDA thus prohibits plaintiff's attempt to use state law as a basis for enjoining speech by a provider or user of an interactive computer service such as Reddit.com.[2]

---

[2] As recent decisions of the Seventh and Ninth Circuits make clear, interactive computer services such as Reddit.com that display, but are not responsible for, the content provided by third parties are immune from liability under the CDA, even if the content of the third party postings violate federal anti-discrimination laws. Chicago Lawyers' Committee for Civil Rights Under Law, Inc. v. Craigslist, Inc., __ F.3d __, 2008 WL 681168 *5 (7th Cir. 2008); Fair Housing Council of San Fernando Valley v. Roommates.Com, LLC, __ F.3d __, 2008 WL 879293 *10 (9th Cir. 2008).

## CONCLUSION

For the foregoing reasons, and for those set forth in its initial memorandum of law, AMPI respectfully requests that the Court vacate Paragraphs 6 and 7 of the Temporary Restraining Order entered on February 7, 2008.[3]

**Advance Magazine Publishers Inc.,**

By its attorneys,

/s/ Jonathan M. Albano
Jonathan M. Albano, BBO #013850
jonathan.albano@bingham.com
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
617.951.8000

Dated: April 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 3, 2008.

/s/ Jonathan M. Albano, BBO #013850
jonathan.albano@bingham.com

---

[3] As noted in AMPI's initial submission, the docket does not indicate that the ex parte Temporary Restraining Order obtained by plaintiff has been extended by the Court. See AMPI's Mem. at 1 n.1. AMPI nevertheless has complied with the Order pending the Court's ruling on this motion and on plaintiff's request that the Order be extended. Plaintiff's statement that a "dead link" still exists as of March 20, 2008 should not be mistaken as alleging otherwise. Plaintiff's Opp. at 2-3. The "dead link" is on Google, not Reddit.com, and it does not take a user to any information on Reddit.com concerning plaintiff or any information that is subject to the Order.

A/72490481.1/0999991-0000981001